IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04cv199

| | |
|---|---|
| RODERICK MURRY WILLIAMS, and TORONDA LILJE WILLIAMS; MITCHELL LEVON DAWKINS, JR., and CHARLOTTE WILSON DAWKINS; COLEY HOMER LOVELACE, and JUDY K. LOVELACE; and ALL OTHER PERSONS SIMILARLY SITUATED, Plaintiffs, VS. CHASE MANHATTAN MORTGAGE CORPORATION, Defendant. | **J U D G M E N T** |

For the reasons stated in the Memorandum and Decision filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion to Dismiss is **GRANTED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

**Signed: October 11, 2005**

Lacy H. Thornburg
United States District Judge